UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

**CIVIL ACTION NO. 05-48-DLB**

**THE ESTATE OF STEVEN THOMAS BIGHAM by TINA D. BIGHAM, Administratrix, et al.**                                                    **PLAINTIFFS**

vs.                                     **JUDGMENT**

**DAIMLERCHRYSLER CORPORATION**                                    **DEFENDANT**

***************************

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the Court being sufficiently advised, **IT IS ORDERED** that:

1. This action, and all claims asserted in it, be and hereby is **DISMISSED WITH PREJUDICE**, and it is hereby **STRICKEN** from the docket of this Court.

2. This is a **FINAL** and **APPEALABLE** Order.

This 16th day of November, 2006.



G:\DATA\Opinions\2-05-048 Bigham (MSJ judgment).wpd